UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

R2 TECHNOLOGIES, LLC,

        Plaintiff,                                           Case Number 18-11456

v.                                                               Honorable David M. Lawson

DEEPAK BANGALORE NAGARAJ,

        Defendant.
_____/

## ORDER OF DISMISSAL

On September 6, 2018, the parties informed the Court that they had reached a final settlement of all claims in this matter. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may file a motion to reopen the case to enforce the settlement agreement **on or before October 11, 2018**.

                                                                    s/David M. Lawson
                                                                    DAVID M. LAWSON
                                                                    United States District Judge

Date:   September 7, 2018

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 7, 2018.

                              s/Susan K. Pinkowski
                              SUSAN K. PINKOWSKI